IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01590

MICHAEL BOATMAN, an individual,

    Plaintiff,

v.

UNITED STATES RACQUETBALL ASSOCIATION, d/b/a USA RACQUETBALL,
a Colorado Corporation,

    Defendant.

## AFFIDAVIT OF MICHAEL BOATMAN

Personally appeared before the undersigned officer, duly authorized to administer oaths, MICHAEL BOATMAN, who having been duly sworn states as follows:

1. My full legal name is Denis Michael Boatman. I am also known as Michael Boatman and Mike Boatman.

2. I am over the age of eighteen (18) years, suffer no disabilities, and am competent to give this Affidavit. I have personal knowledge of the facts stated herein and know them to be true.

3. I am the Plaintiff in the above-captioned lawsuit against United States Racquetball Association ("Defendant USAR").

4. The documents produced in this litigation labeled as Boatman 0463, 0467, 0471, 0475, 0479, 0483, 0487, 0491, 0495, 0499, 0503, 0507, 0511, 0515, 0519, 0523, 0528, 0532,

       0536, 0540, 0544, 0548, 0552, 0557, 0562, 0566, 0571, and 0576 are true and accurate copies of the Boatman Photographs (as defined and identified in the Complaint, Docket # 1, ¶ 32) as they were delivered to Defendant USAR.

5. At the time I delivered each of the Boatman Photographs to Defendant USAR, all but one of the Boatman Photographs included my watermark on the bottom left corner, which consisted of the copyright symbol, my name, and the year that image was first published. In one of the Boatman Photographs the copyright symbol was inadvertently cropped, leaving only my name and the year of publication.

6. Each of the Boatman Photographs listed above in ¶ 4 is immediately followed in the document production by a true and correct record of the metadata that was embedded in each photograph at the time it was delivered to Defendant USAR.

7. At the time I delivered each of the Boatman Photographs to Defendant USAR, the Boatman Photographs each included embedded metadata that included the copyright symbol, my name, and the year the photograph was first published in both the IPTC "Copyright Notice" field as well as the EXIF "Copyright Owner" field.

8. I distributed a series of my photographs from the 2009 United States Open Racquetball Championships to Defendant USAR for its editorial use pursuant to an agreement I had with Doug Ganim.

9. At an event during the 2010 United States Open Racquetball Championships, I witnessed a presentation announcing the creation of the United States Racquetball Foundation that included a digital slide show that included five of the photographs I distributed to Defendant USAR as described above in ¶ 8.

10. The documents produced in this litigation labeled as Boatman 0590-0591 are true and accurate copies of screen captures taken on February 5, 2013 of a cached version of Defendant USAR's website from December 24, 2012 showing copies or prints of one of the Boatman Photographs for sale to the public for $10.00.

Further affiant sayeth not.

This __7__ day of March, 2013.

_____
Michael Boatman

SWORN AND SUBSCRIBED TO
Before me, this __7th__ day of March, 2013.

__Sherry E Mitchell__
Notary Public
My commission expires: 4/30/13

[Notary Seal: Sherry E. Mitchell, State of Tennessee Notary Public, County of Shelby, My Comm. Exp. April 30, 2013]