IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01590

MICHAEL BOATMAN, an individual,

    Plaintiff,

v.

UNITED STATES RACQUETBALL ASSOCIATION, d/b/a USA RACQUETBALL,
a Colorado Corporation,

    Defendant.

---

### AFFIDAVIT OF MICHAEL BOATMAN

---

Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge and belief:

1. My full legal name is Denis Michael Boatman. I am also known as Michael Boatman and Mike Boatman.

2. I am over the age of eighteen (18) years, suffer no disabilities, and am competent to give this Affidavit. I have personal knowledge of the facts stated herein and know them to be true.

3. I am the Plaintiff in the above-captioned lawsuit against United States Racquetball Association ("Defendant USRA").

1

4. Besides the uses of my photographs as described in the Complaint (*Docket* # 1) and those otherwise at issue in this matter, I am not aware of any commercial uses of my photographs by Defendant USRA.

5. Every photograph I have ever delivered to Defendant USRA was subject to a license agreement that limited use of the photographs.

FURTHER AFFIANT SAYETH NOT.

**Under penalties as provided by law, pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.**

Dated this 28 day of March, 2013.

By: _/s/ Michael Boatman_
Michael Boatman